# Saul Ewing LLP

Ruth A. Rauls
Phone: (609) 452-5049
Fax: (609) 452-6114
rrauls@saul.com
www.saul.com

April 28, 2016

**VIA HAND DELIVERY**
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

Re: MAIA Pharmaceuticals, Inc. v. Sigma-Aldrich Ireland, Ltd.

Dear Your Honor:

Saul Ewing LLP represents Plaintiff MAIA Pharmaceuticals, Inc. ("MAIA") in its application for emergency temporary injunctive relief against Defendant Sigma-Aldrich Ireland, Ltd. ("Sigma"). Enclosed herewith for consideration by the Court and for filing are:

i. Ex Parte Order to Show Cause for Temporary Restraints
ii. Civil Cover Sheet
iii. Verified Complaint
iv. Memorandum of Law in Support of Ex Parte Order to Show Cause for Temporary Restraints
v. Declaration of David Herman, Esq.
vi. Declaration of Bikram Malik
vii. Letter in Support of Temporary Order to Seal
viii. Proposed Temporary Order to Seal
ix. Motion to Admit *Pro Hac Vice* on Behalf of David Herman, Esq.
x. Motion to Admit *Pro Hac Vice* on Behalf of John Dougherty, Esq.

Counsel for MAIA, Frommer, Lawrence & Haug LLP, has been in negotiations with counsel for Sigma, Lawrence Scarborough, Esq. and Emma Lindsay, Esq. of the law firm Bryan Cave LLP, regarding the Exclusive Supply Agreement that is the subject of the Order to Show Cause and Verified Complaint. Those negotiations terminated on April 27, 2016, when Sigma refused to agree that it would not supply Sodium Benzoate to MAIA's competitor pending an application for a preliminary injunction by MAIA. Accordingly, MAIA is filing this *ex parte* Order to Show Cause for Temporary Restraints.

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

April 28, 2016
Page 2

The Order to Show Cause for Temporary Restraints is *ex parte* due to the fact that formal service has not been made on Sigma at its location or through counsel. Counsel for Sigma advised that it would not accept formal service of the above documents on behalf of Sigma. Notwithstanding, we sent a copy of the above listed documents to counsel via email this morning and advised them yesterday that we would be filing these documents in the U.S. District Court for the District of New Jersey today. Counsel advised in response that they intended to appear in Court this morning. Additionally, we have sent a copy of all of the above documents to counsel in Ireland to effect service on Sigma.

Also enclosed is an application for a Temporary Order to Seal the Declaration of David Herman, Esq. and Exhibits attached thereto, the Declaration of Bikram Malik and the Memorandum of Law in Support of *Ex Parte* Order to Show Cause for Temporary Restraints. In conjunction with this application I have enclosed a letter in support of the Temporary Order to Seal, and a proposed form of order for the Court's consideration.

Last, I enclose for filing two motions for admission *pro hac vice* on behalf of David Herman, Esq. and John Dougherty, Esq. If the Court is inclined to hear argument on the Order to Show Cause, I respectfully request counsel be admitted for purposes of appearing before Your Honor prior to the return date of these motions.

I thank the Court for its consideration of this matter. If I can provide any additional information please let me know and I will do so immediately.

Respectfully submitted,

Ruth A. Rauls

cc: Lawrence Scarborough, Esq. (via electronic mail)
Emma Lindsay, Esq. (via electronic mail)