**SAUL EWING LLP**
Ruth A. Rauls
650 College Road East
Suite 4000
Princeton, NJ 08540-6603
(609) 452-5049
rrauls@saul.com
*Attorneys for Plaintiff MAIA Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MAIA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGMA-ALDRICH IRELAND, LTD., <br><br> Defendant. | Civil Action No. <br><br> **EX PARTE ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

THIS MATTER having been opened to the Court by Plaintiff MAIA Pharmaceuticals, Inc. ("MAIA"), by way of Ex Parte Order to Show Cause seeking temporary and preliminary injunctive relief pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1; and the Court having considered MAIA's Verified Complaint, the Declaration of David Herman, Esq. and Exhibits attached thereto, the Declaration of Bikram Malik and the Memorandum of Law in Support of Ex Parte Order to Show Cause for Temporary Restraints; and the Court having heard oral argument; and for good cause shown:

IT IS on this _____ day of _____ 2016,

**ORDERED** that Defendant appear and show cause before the Honorable _____, U.S.D.J., at the United States District Court, _____, Trenton, New Jersey on the _____ day of _____ 2016, at _____ o'clock or as

1044375.2

soon thereafter as counsel can be heard, why an order should not be issued, on short notice, against Defendant:

(a) preliminarily enjoining and restraining Defendant, its affiliates, and all parties who are acting in concert or participation with them from providing Sodium Benzoate as an active pharmaceutical ingredient ("API") to any party other than MAIA for the purpose of treating hyperammonemia and associated encephalopathy and/or other conditions in patients with deficiencies in enzymes in the urea cycle; and

(b) awarding MAIA any other relief the Court deems just and equitable.

**ORDERED** that, pending the return date, Defendant is temporarily enjoined and restrained from:

(a) providing Sodium Benzoate as an API to any party other than MAIA for the purpose of treating hyperammonemia and associated encephalopathy and/or other conditions in patients with deficiencies in enzymes in the urea cycle; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order to Show Cause and all supporting papers, via express delivery through counsel in Ireland upon Defendants at the following address: Vale Road, Arkow, Co. Wicklow, Ireland; and it is further

**ORDERED** that Defendant shall file and serve its opposition papers by _____, 2016; and it is further

**ORDERED** that Plaintiff shall file and serve its reply papers by _____, 2016.

                                                                                           _____
                                                                                              Hon.