

Ruth A. Rauls
Phone: (609) 452-5049
Fax: (609) 452-6114
rrauls@saul.com
www.saul.com
Our File: 369282.00001

April 29, 2016

**VIA ECF**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
Trenton, NJ 08608

   Re: **MAIA Pharmaceuticals, Inc. v. Sigma-Aldrich Ireland Ltd.**
      **Civil Docket For Case #: 3:16-cv-02369-MAS-LHG**

Dear Judge Shipp:

  Plaintiff MAIA Pharmaceuticals, Inc. submits this letter with a Proposed Form of Order seeking U.S. Customs to seize the sodium benzoate shipment (Lot Number SBEN 131-10) at the Chicago airport upon its arrival at 1:39 p.m. Central Time.

  Please note that Notice of Motion for Seizure, with Brief in Support of Plaintiff's Motion has been filed via ECF – Docket No. 12.

                  Respectfully submitted,

                  Ruth A. Rauls

Attachments

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

1081021.1 04/29/2016 DELAWARE MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**SAUL EWING LLP**
Ruth A. Rauls
650 College Road East
Suite 4000
Princeton, NJ 08540-6603
(609) 452-5049
rrauls@saul.com

Of Counsel:
**FROMMER LAWRENCE & HAUG LLP**
John C. Dougherty, Esq. (*pro hac vice* application filed)
David Herman, Esq. (*pro hac vice* application filed)
Laura E. Krawczyk, Esq.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
jdougherty@flhlaw.com
dherman@flhlaw.com
lkrawczyk@flhlaw.com
*Attorneys for Plaintiff MAIA Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAIA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGMA-ALDRICH IRELAND, LTD., <br><br> Defendant. | Civil Action No. <br><br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motion of Plaintiff MAIA Pharmaceuticals, Inc. ("MAIA"), for an order seeking U.S. Customs to

seize the sodium benzoate shipment (Lot Number SBEN 131-10) at the Chicago airport upon its arrival at 1:39 p.m. Central Time and for good cause having been shown:

**IT IS**, on this ____ day of _____ 2016,

**ORDERED** that MAIA's motion is hereby **GRANTED**; and it is further,

**ORDERED** that U.S. Customs shall seize the sodium benzoate shipment number DUB-775383 (Lot Number SBEN 131-10) at Chicago O'Hare International Airport, 1000 West O'Hare Avenue, Chicago, Illinois 60666 upon its arrival at 1:39 p.m. Central Standard Time, and it is further,

**ORDERED** that Defendants shall submit a verified certification to the Court: (1) identifying the product name and/or lot number of the Product in Defendants' possession; (2) confirming Defendants' ability to retain or store the Product until further notice from the Court; (3) confirming Defendants' agreement to retain or store the entire quantity of all shipment(s) to ensure that the Product or any amount of the Product does not leave Defendants' possession, custody, or control until further notice from the Court; and it is further,

**ORDERED**, that Sigma shall: (1) certify that Sigma provided a copy of this Order to Ailex Pharmaceuticals Pvt. Ltd., RD2Rx, LLC, and Trigen Laboratories, LLC (collectively "Trigen") and/or any other non-party acting in concert with Sigma; (2) identify the specific entities and individuals to whom Sigma provided a

copy of the Order; and (3) describe the means by which delivery of the Order was effected; and it is further,

**ORDERED**, that if the Court and MAIA have not received a verified certification from Defendants certifying the provisions set forth above by 4:00 p.m. on April 29, 2016, the United States Marshall Service shall locate and take possession of the Product wherever located, but believed to be located at Chicago O'Hare International Airport, 1000 West O'Hare Avenue, Chicago, Illinois 60666 and landing at 1:39 p.m. Central Standard Time.

_____<br>Hon. Michael A. Shipp, U.S.D.J.



| Shipment number | | Status | |
|---|---|---|---|
| **DUB-775383** | | **DEP (Hawb)** | |
| Customer reference | | Last update | |
| **4385** | | **2016-04-27 23:00** | |
| Issue date | Issue place | From | To |
| 2016-04-27 | DUB | DUB | ORD |
| Flight | MAWB | ETD | ETA |
| AA 8576/27 | | 2016-04-27 19:00 | 2016-04-29 11:45 |
| Carrier | Incoterms | Delivery terms | File no. |
| AMERICAN AIRLIN | EXW | | 435941 |
| Pieces | Weight | C.Weight | Volume |
| 1 | 22.000 KG | 100.000 KG | .080 m³ |

| Date | Event |
|---|---|
| 2016-04-29 11:26 | Departed  from  Heathrow Apt/London  to  O'Hare Apt/Chicago Flight: AA 047 ATD: 11:26 STA: 11:45 |
| 2016-04-28 12:00 | Arrived  at Heathrow Apt/London   Flight: AA 8576 ATA: 12:00 |
| 2016-04-27 23:00 | **Departed**  from  **Dublin**  to  Heathrow Apt/London Flight: AA 8576 ATD: 23:00 STA: 12:00 |
| 2016-04-27 15:49 | Issued FHL to Provider   at  Dublin |
| 2016-04-27 15:47 | Manifested   at  Dublin   00109163696 |
| 2016-04-27 21:55 | Notification New ETA  at  O'Hare Apt/Chicago   (2016-04-29 11:45) |
| 2016-04-27 15:54 | Notification Cargo Planned Pick up at Shipper/sup...   at  Arklow   (2016-04-27 10:00) |
| 2016-04-27 15:54 | Notification Cargo Planned Receipt at Shipper/sup...  at  Dublin   (2016-04-27 12:00) |
| 2016-04-27 12:00 | **Received from Shipper/supplier**   at  **Dublin** |
| 2016-04-27 10:00 | **Picked up at Shipper/supplier**   at  **Arklow** |
| 2016-04-26 23:00 | **Booked**   at  **Dublin** |
| 2016-04-26 23:00 | Issued AWB   at  Dublin   00109163696 |

| Ref type | Cust ref. |
|---|---|
| Customer Ref. | 4385 |