UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAIA PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIGMA-ALDRICH IRELAND, LTD.,<br><br>Defendant. | Civil Action No. 16-2369 (MAS) (LHG)<br><br>**ORDER** |

On April 28, 2016, this matter came before the Court on Plaintiff MAIA Pharmaceuticals, Inc.'s ("Plaintiff") ex parte Order to Show Cause seeking temporary and preliminary injunctive relief. On the same date, counsel for Plaintiff and Defendant Sigma-Aldrich Ireland, Ltd. ("Defendant") appeared for oral argument on Plaintiff's application. Due to issues raised at oral argument, the Court issued an expedited briefing schedule and set the matter down for further oral argument. Pending before the Court are Plaintiff's application for a temporary restraining order (ECF No. 3), Plaintiff's motion for seizure of property (ECF No. 12), and Defendant's motion to dismiss (ECF No. 13). The Court heard oral argument on these applications, placed its decision on the record, and indicated that an order would issue. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 3rd day of May 2016, **ORDERED** that:

1. Defendant's motion to dismiss (ECF No. 13) is DENIED;

2. Plaintiff's application for a temporary restraining order (ECF No. 3) is DENIED;

3. Plaintiff's motion for seizure of property (ECF No. 12) is DENIED; and

4. Pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the Court consolidates the preliminary injunction hearing with the trial on the merits. The parties shall submit a proposed discovery schedule and trial dates to the Magistrate Judge by **Friday, May 6, 2016.**

/s/ Michael A. Shipp

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE